UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>JAVIER PEREZ-RUIZ,<br>    Defendant. | CASE NO. 5:25-CR-65-KKC<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter was referred to Magistrate Judge Edward B. Atkins for the purpose of conducting rearraignment proceedings for the above defendant. After conducting the rearraignment in open court (DE 24), the Magistrate Judge filed a recommendation (DE 25) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of the sole count of the Indictment. No objections were filed within the allotted time of fourteen (14) days and no extensions of time were sought by any party. Having reviewed the record, the Court finds that the Magistrate Judge satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution.

Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the Magistrate Judge's Recommendation (DE 25) and ACCEPTS the defendant's plea of guilty.

2) The defendant is ADJUDGED GUILTY of the sole count of the Indictment.

July 31, 2025



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY